1  STEVEN W. RITCHESON, ESQ (SBN 174062)
   White Field, Inc.
2  9800 D Topanga Canyon Blvd. #347
   Chatsworth, California 91311
3  Telephone: (818) 882-1030
   Facsimile: (818) 337-0383
4  swritcheson@whitefieldinc.com

5  Attorneys for Plaintiff, GILDERSLEEVE HOLDINGS AG, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| GILDERSLEEVE HOLDINGS AG, LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>SPARK NETWORKS, INC., EHARMONY, INC., FACEBOOK, INC., LINKEDIN CORPORATION, MATCH.COM, LLC, AVALANCHE, LLC, OVERSTOCK.COM, INC., MARKETRANGE, INC., HERE MEDIA, INC., LAVALIFE CORPORATION,<br><br>             Defendants. | Case No. 10-cv-07084 PA (JCGx)<br><br>**NOTICE OF DISMISSAL OF DEFENDANT EHARMONY, INC.** |

**NOTICE OF DISMISSAL OF DEFENDANT EHARMONY, INC.**
Case No. 10-cv-07084 PA (JCGx)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PLEASE TAKE NOTICE** that Plaintiff Gildersleeve Holdings AG, LLC, hereby dismisses this action as to Defendant EHARMONY, INC., only, pursuant to Federal Rule of Civil Procedure 41(A)(1).  Said dismissal is with prejudice, each party to bear its own costs and attorneys' fees.

          Respectfully submitted,
          **WHITE FIELD, INC.**

Dated: November 11, 2010

Steven W. Ritcheson,
Attorney for Plaintiff
GILDERSLEEVE HOLDINGS AG, LLC

1
**NOTICE OF DISMISSAL OF DEFENDANT EHARMONY, INC.**
Case No.  10-cv-07084 PA (JCGx)